IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00850-MOC-SCR

| | |
|---|---|
| **CENTENE MANAGEMENT COMPANY LLC, et. al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**LANDDESIGN, INC., et. al.,** )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Kirk M. Sosebee and Spencer M. Wiegard]" (Doc. Nos. 23&24) filed January 3, 2025. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: January 3, 2025

*Susan C. Rodriguez*
Susan C. Rodriguez
United States Magistrate Judge