UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:24-CV-00850-MOC-SCR

CENTENE MANAGEMENT COMPANY LLC and )
CLAYCO, INC., )
 )
 )
Plaintiffs. )
 )
 )       **STIPULATION OF DISMISSAL**
v. )             **(With Prejudice)**
 )
LANDDESIGN, INC. and ECS SOUTHEAST, LLC )
f/k/a ECS SOUTHEAST, LLP, )
 )
 )
Defendants. )

NOW COME all of the parties, by and through their respective undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of all of the claims they asserted or could have asserted in the above-captioned action <u>with prejudice</u>. Each party shall bear its own costs, attorney's fees, and expenses.

Respectfully submitted this 6th day of August 2026.

BY: /s/ *Matthew C. Bouchard*
POYNER SPRUILL, LLP
Matthew C. Bouchard
N.C. State Bar # 35995
Poyner Spruill, LLP
P. O. Box 1801
Raleigh, NC 27602
Email: mbouchard@poynerspruill.com

*Attorneys for Plaintiffs*

/s/ *Meredith L. Cushing*

MCANGUS GOUDELOCK & COURIE, PLLC
Meredith L. Cushing, Esq.
N.C. State Bar # 36217
P.O. Box 30307
Charlotte, NC 28230
Email:  meredith.cushing@mgclaw.com

*Attorneys for LandDesign, Inc.*


/s/ *Kirk M. Sosebee*

GENTRY LOCKE ATTORNEYS
Spencer M. Wiegard (*Admitted pro hac vice*)
Kirk M. Sosebee (*Admitted pro hac vice*)
10 Franklin Road, SE, Suite 900
Roanoke, Virginia 24011
Telephone: 540.983.9371
Fax:  540.983.9400
Email: swiegard@gentrylocke.com
Email: sosebee@gentrylocke.com

YOUNG MOORE AND HENDERSON P.A.
ROBERT C. deROSSET
N.C. State Bar # 27656
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Ph: 919-782-6860
Fax: 919-782-6753
Email: bob.derosset@youngmoorelaw.com

*Attorneys for ECS Southeast, LLC f/k/a*
*ECS Southeast, LLP*

2

**CERTIFICATE OF SERVICE**

I certify that I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel and parties of record.

This the 6th day of August 2026.

/s/ Matthew C. Bouchard
Matthew C. Bouchard

3